D. ALPER Co., INC., Respondent, *v.* HARRY FIELDS, Appellant,
et al., Defendants.

Supreme Court, Appellate Term, Second Department, November 18, 1943.

*Samuel Schnapp* for appellant.
*Harry Cohen* for respondent.

MEMORANDUM *Per Curiam.* Appeal from decision dismissed. No appeal lies therefrom. (N. Y. City Mun. Ct. Code, § 154; L. 1915, ch. 279, as amd.) Appeal from judgment dismissed, the appeal not having been taken in time (N. Y. City Mun. Ct. Code, § 156). Order denying motion of the defendant Fields to vacate the judgment and for a new trial unanimously reversed upon the law, with ten dollars costs to the defendant Fields, and motion granted.

The trial court, having rendered a decision in favor of the appellant, was without power to set that aside and to render a decision against him. (*Prospect Coal Co.* v. *Weitzman,* No. 941, October, 1930, Term.)

MacCrate, McCooey and Steinbrink, JJ., concur.